**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NICOLAS MEDINA,<br>Petitioner,<br><br>v.<br><br>ANDY CRUZ, *et al.*,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | No. 2:26-cv-8374 |

**ORDER**

**AND NOW**, this 19th day of November, 2026, upon consideration of the Order dated November 13, 2026, ECF No. 6, granting the Petition for Writ of Habeas Corpus in part and ordering that a bond hearing be held in five days; the Government's Status Report dated November 17, 2026, ECF No. 8, noting that the bond hearing occurred on November 12, 2026, and Petitioner voluntarily withdrew his request for a hearing without prejudice to refiling a bond hearing in the future; and Petitioner's Motion to Enforce, ECF No. 9, requesting, *inter alia*, Petitioner's release from custody; **IT IS HEREBY ORDERED**:

1. The Motion to Enforce, ECF No. 9, is **DENIED**.

2. **Within five (5) days of the date of this Order**, the Government SHALL provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.1(d)(1), 1003.19(a).

3. If a bond hearing is not held before an Immigration Judge within five (5) days, the Government shall immediately RELEASE Petitioner from immigration custody.

4. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*__________
JOSEPH F. LEESON, JR.
United States District Judge