**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NICOLAS MEDINA,<br>Petitioner, | : | |
| v. | : | No. 2:26-cv-8374 |
| ANDY CRUZ, *et al.*,<br>Respondents. | : | |

**<u>O R D E R</u>**

**AND NOW**, this 25th day of November, 2026, upon consideration of the Order dated November 19, 2026, ECF No. 10, ordering that a bond hearing be held in five days, and if a bond hearing were not held, the Government shall immediately release Petitioner; and the Motion to Enforce, ECF No. 11, acknowledging that there had not been a bond hearing within five days; **IT IS HEREBY ORDERED**:

1. The Motion to Enforce, ECF No. 11, is **GRANTED**.
2. The Government shall immediately RELEASE Petitioner from immigration custody.
3. The Government is temporarily enjoined from re-detaining Petitioner for seven days following his release from custody.
4. If the Government chooses to pursue re-detention of Petitioner after that seven-day period, it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.
5. The case is **CLOSED**.

BY THE COURT:

*<u>/s/ Joseph F. Leeson, Jr.</u>*__________
JOSEPH F. LEESON, JR.
United States District Judge