**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NICOLAS MEDINA,<br>Petitioner, | : | |
| v. | : | No. 2:26-cv-08374 |
| ANDY CRUZ, *et al.*,<br>Respondents. | : | |

## ORDER

**AND NOW**, this 25th day of November, 2026, upon consideration of the Order dated November 25, 2026, ECF No. 12, ordering the Petitioner's immediate release from immigration custody; and the Government's representation that a bond hearing was scheduled for November 25, 2026; **IT IS HEREBY ORDERED**:

1. The Order dated November 25, 2026, ECF No. 12, is **VACATED** based upon the Government's representation.
2. The Government **SHALL** notify the Court as soon as the bond hearing has been held.
3. The Government **SHALL** notify the Court about the outcome of the bond hearing.
4. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*___________
JOSEPH F. LEESON, JR.
United States District Judge