**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

NICOLAS MEDINA, :
Petitioner, :
:
v. : No. 2:26-cv-08374
:
ANDY CRUZ, *et al.*, :
Respondents. :

---

**<u>O R D E R</u>**

**AND NOW**, this 25th day of November, 2026, upon consideration of the Order dated November 25, 2026, ECF No. 13, vacating the Court's earlier order directing Petitioner's immediate release, ECF No. 12, based upon the Government's representation that a bond hearing would be held on November 25, 2026; and the Court having been notified that the immigration judge did not consider the merits of granting or denying bond, and understood Petitioner would be released; **IT IS HEREBY ORDERED**:

1. The Government shall immediately **RELEASE** Petitioner from immigration custody and shall certify compliance with this Order on the docket **no later than 5:00 p.m. on November 27, 2026**.
2. The Government is temporarily enjoined from re-detaining Petitioner for seven days following his release from custody.
3. If the Government chooses to pursue re-detention of Petitioner after that seven-day period, it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.
4. The case is **CLOSED**.

BY THE COURT:

*<u>/s/ Joseph F. Leeson, Jr.</u>*__________
JOSEPH F. LEESON, JR.
United States District Judge